798 A.2d 1245

IN THE MATTER OF DENNIS A. MAYCHER,
AN ATTORNEY AT LAW.

June 5, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–457, concluding that **DENNIS A. MAYCHER** of **WALLINGTON**, who was admitted to the bar of this State in 1973, should be suspended from the practice of law for a period of three months for violating *RPC* 8.4(b) (commission of a criminal act that reflects adversely on a lawyer's honesty, trustworthiness or fitness) based on his conviction of violation of 12 *U.S.C.A.* § 1956, a federal misdemeanor, and good cause appearing;

It is ORDERED that **DENNIS A. MAYCHER** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective July 1, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.